1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDLE E. GOSS,

      Plaintiff,                       No. CIV S-06-0134 GGH

     vs.

TEHAMA-COLUSA CANAL AUTHORITY, et al.,

      Defendants.                 <u>ORDER REQUIRING STATUS REPORT</u>

_____/

       The parties have consented to the jurisdiction, pursuant to 28 U.S.C. §636(c)(2), of a United States Magistrate Judge, and the District Judge has referred the matter to the undersigned. The undersigned has accepted the reference. Review of the file indicates that the parties have stipulated to referral to Voluntary Dispute Resolution Program (VDRP). The parties are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition (<u>see</u> E.D. Cal. L.R. 16-160).

       Accordingly, IT IS HEREBY ORDERED that:

       1. A Status (Pretrial Scheduling) Conference is set for May 4, 2006, at 10:00 a.m. in courtroom #24 before the undersigned.

\\\\\

1

2. The parties are directed to file, on or before April 27, 2006, a joint status report which complies with E.D. Cal. L.R. 16-240.

DATED: 3/31/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

GGH/076
Goss134.sts.wpd