Robert H. Greenfield, SBN 114500
GREENFIELD•HARDY
4120 Cameron Park Drive, Suite 402
Cameron Park, CA 95682
Telephone: (530) 672-5770
Facsimile: (530) 672-5773

Attorneys for Defendant Tehama-Colusa
Canal Authority

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDLE E. GOSS<br><br>    Plaintiff,<br><br>vs.<br><br>TEHAMA-COLUSA CANAL AUTHORITY,<br><br>et al.<br><br>    Defendants. | Case No.: Civ.S-06-0134 GGH<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

Plaintiff, RANDLE E. GOSS, by and through his attorney of record, LARRY L. BAUMBACH, hereby request that the above entitled matter be dismissed in it's entirety as to all parties and all causes of action with prejudice, as the matter has been settled.

Dated: 5-2-07

Law Office of Larry L. Baumbach

Larry L. Baumbach, Attorney
for Plaintiff, Randle E. Goss

///

///

## ORDER

GOOD CAUSE APPEARING is it hereby GRANTED:

That the action of Goss v. Tehama-Colusa Canal Authority is DISMISSED with prejudice as to the entire action of all parties and all causes of action.

Dated: Aug. 3, 2007

GREGORY G. HOLLOWS
JUDGE OF THE UNITED STATES
DISTRICT COURT EASTERN
DISTRICT OF CALIFORNIA